# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**515**
**CAF 10-00148**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF RICHANDA J. BULSON,
PETITIONER-RESPONDENT,

V                                                                    ORDER

DAVID R. GRINNELL, RESPONDENT-APPELLANT.

---

PAUL M. DEEP, UTICA, FOR RESPONDENT-APPELLANT.

---

Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered March 18, 2010 in a proceeding pursuant to Family Court Act article 4. The order found respondent to be in willful violation of an order of support.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 29, 2011                                    Patricia L. Morgan
                                                           Clerk of the Court